## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PATRICK KEELEY,**

                                   **Case No.:**

        **Plaintiff**,

**v.**

**JOHN'S GREEN HOUSE INC.,**
**a Florida corporation**

        **Defendant.**
_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, Patrick Keeley, by and through his undersigned trial counsel and files his Complaint and Demand for Jury Trial against his former employer the Defendant, John's Greenhouse Inc., and as grounds states:

### *JURISDICTION AND VENUE*

1.    This is an action by Plaintiff, John's Green House Inc., against the Defendant, John's Green House Inc., for unpaid overtime and unpaid minium wages pursuant to the federal *Fair Labor Standards Act*, as amended, *29 U.S.C. §216(b)* and unpaid minimum wages pursuant to *Article X, Section 24, state of Florida Constitution*. Patrick Keeley seeks monetary damages not including reasonable attorney's fees and costs associated with this action, which are part of this action.

2.    This court has jurisdiction over Plaintiff, Patrick Keeley, because at all

times material to his Complaint and Demand for Jury Trial, Patrick Keeley was a resident of Daytona Beach, Volusia County Florida.

3.     The illegal conduct complaint of and the resultant injury occurred within the judicial district in and for Daytona Beach, Volusia County, Florida.

## *PARTIES*

4.     The Defendant, John's Green House Inc., employed Plaintiff, Patrick Keeley, from approximately October 23, 2021 through December 19, 2021 as a property manager.

5.     At all times material, the Defendant, John's Green House Inc., was a Florida corporation licensed to conduct business in the state of Florida.

6.     During his employment with the Defendant, John's Green House Inc., Plaintiff, Patrick Keeley, was not paid time and one-half for all hours worked in excess of 40 hours per work week.

7.     At all times material to this action, the Defendant, John's Green House Inc., was an enterprise covered by the *Fair Labor Standards Act*, as defined by *29 U.S.C. §§ 203(r)* and *203(s)*.

8.     The Defendant, John's Green House Inc., has employees subject to the provisions of the *Fair Labor Standards Act*.

9.      At all times material, Plaintiff, Patrick Keeley, was an employee of the Defendant, John's Green House Inc., and was "engaged in commerce" as defined by *29 U.S.C. §§ 206(a)* and *(206)(a)(1)*.

10.      At all times material to this action, the Defendant, John's Green House Inc., was an employer within the meaning of the *Fair Labor Standards Act*.

11.      Based upon information and belief the annual gross revenue of the Defendant, John's Green House Inc., is in excess of $500,000 annually.

12.      At all times material to this action, the Defendant, John's Green House Inc., employed at least 2 employees who handled goods such as products, supplies, parts and equipment that previously moved through commerce.

13.      At all times material to this action, Plaintiff, Patrick Keeley, was "engaged in commerce" and subject to the individual coverage of the *Fair Labor Standards Act*.

14.      At all times material to this action, the Defendant, John's Green House Inc., failed to comply with the *Fair Labor Standards Act*, *as amended, 29 U.S.C. §216(b)*, because Plaintiff, Patrick Keeley, performed services for which no provisions were made by John's Green House Inc. to properly pay Patrick Keeley for those hours worked in excess of 40 per work week, and to ensure Patrick Keeley was paid his complete wages.

15.     Upon information and belief, the records to the extent any exists, concerning the number of hours worked and paid to Plaintiff, Patrick Keeley, are in possession and control of the Defendant, John's Green House Inc.

16.     The Defendant, John's Green House Inc., agreed to pay Plaintiff, Patrick Keeley, wages for work performed.  Patrick Keeley accepted this agreement and performed work for John's Green House Inc.

17.     At all times material to this action, the work performed by Plaintiff, Patrick Keeley, was directly essential to the business performed by the Defendant, John's Green House Inc.

18.     The Defendant, John's Green House Inc., has employees subject to the provisions of *Article X, Section 24, state of Florida Constitution*.

19.     During his employment, the Defendant, John's Green House Inc., failed to compensate Plaintiff, Patrick Keeley, at least minimum wage for all hours worked.

20.     Prior to filing his Complaint and Demand for Jury Trial, Plaintiff, John's Green House Inc., complied with the provisions of *Section 448.110(6)(a), Florida Statutes*.[1]

21.     Plaintiff, Patrick Keeley, retained The Harr Law Firm to represent his

---

[1]*See*, Exhibit "A."

in this matter and has agreed to pay said firm reasonable attorney's fees for its service.

22.    All conditions precedent to bringing this lawsuit have occurred, been performed, or been waived.

### COUNT I

### VIOLATION OF THE FAIR LABOR STANDARDS ACT

22.    Plaintiff, Patrick Keeley, reallages the allegations contained in paragraphs 1 through 17 and 21 through 22.

23.    As a result of the Defendant, John's Green House Inc.'s intentional and willful, and unlawful acts in refusing to pay Plaintiff, Patrick Keeley, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks, Patrick Keeley suffered monetary damages plus incurring reasonable attorney's fees and costs.

24.    Specifically, the Defendant, John's Green House Inc., was aware Plaintiff, Patrick Keeley, performed non-exempt job duties, but still refused to pay Patrick Keeley overtime hours for hours worked in excess of 40 per work week.

25.    The Defendant, John's Green House Inc., willfully failed to pay Plaintiff, Patrick Keeley, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks.

26.     The Defendant, John's Green House Inc., failed to post required *Fair Labor Standards Act*. informational listings as required by law.

27.     As a result of the Defendant, John's Green House Inc.'s willful violation of the *Fair Labor Standards Act*, Plaintiff, Patrick Keeley, is entitled to liquidated damages.

28.     Plaintiff, Patrick Keeley, is entitled to an award of reasonable attorney's fees and costs.[2]

**WHEREFORE**, Plaintiff, Patrick Keeley, demands judgment against the Defendant, John's Green House Inc., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## *COUNT II*

## *VIOLATION OF ARTICLE X, SECTION 24*

29.     Plaintiff, Patrick Keeley, reallages the allegations contained in paragraphs 1 through 5 and 18 through 22.

30.     *Article X, Section 24(c), state of Florida Constitution*, requires employers to pay to employees wages no less than minimum wage for all hours worked.

---

[2]*See, 29 U.S.C. §216(b)*.

31. The Defendant, John's Green House Inc., failed to compensate Plaintiff, Patrick Keeley, at least minimum wage for all hours worked.

32. As a result of the Defendant, John's Green House Inc.'s willful violation of *Article X, Section 24(c), state of Florida Constitution*, Plaintiff, Patrick Keeley, is entitled to liquidated damages.[3]

33. Plaintiff, Patrick Keeley, is entitled to an award of reasonable attorney's fees and costs.[4]

**WHEREFORE**, Plaintiff, Patrick Keeley, demands judgment against the Defendant, John's Green House Inc., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## ***JURY TRIAL***

34. Plaintiff, Patrick, Keeley, demands a trial by jury.

Dated this 14th day of April, 2022.

Respectfully submitted,

__/s/  Jason L. Harr_____

---

[3]*See, Article X, Section 24(e), state of Florida Constitution*

[4]*See, Article X, Section 24(e), state of Florida Constitution*

**JASON L. HARR**
Florida Bar No.:  0194336
**THE HARR LAW FIRM**
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com
lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone:  (386) 226-4866
Telefax:  (386) 226-4886
**TRIAL COUNSEL FOR PLAINTIFF**
**PATRICK KEELEY**

Attachment:  Correspondence to John's Green House Inc. dated March 8, 2022